**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| JOHN STEVEN CASON, JR., | * | |
| Petitioner, | * | |
| VS. | * | CASE NO. 7:00-CR-16   HL |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | **ORDER DENYING COA** |

Before the Court is Petitioner Cason's Application for Certificate of Appealability (COA) (Doc. # 34), from this Court's Order of October 6, 2006, dismissing Petitioner's Motion To Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C.§ 2255 as untimely and barred by the AEDPA statute of limitations contained in 28 U.S.C. § 2255.

Pursuant to 28 U.S.C. § 2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right. Petitioner Cason proffered no violation of any of his constitutional rights which vitiate the bar of his Motion To Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C.§ 2255 by the AEDPA one-year statute of limitations.

Accordingly, the application for a COA is DENIED.

**SO ORDERED,** this 18th day of January 2007.

s/   Hugh Lawson
HUGH LAWSON
UNITED STATES DISTRICT JUDGE